THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jason Cook, Appellant.
 
 
 

Appeal From Orangeburg County 
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-206
Submitted April 2, 2007  Filed May 9, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM:  Jason Cook appeals his guilty plea to murder and sentence to thirty years in prison pursuant to a negotiated plea.  His counsel contends the plea failed to comply with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Cooks appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.[1]
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.